IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>AEARO TECHNOLOGIES LLC, ET AL.,<br><br>NICHOLAS MACIEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, AND AEARO TECHNOLOGIES LLC,<br><br>    Defendants. | Chapter 11<br><br>Case No. 22-02890-JJG-11<br><br><br><br><br><br>Adversary Case No. 22-50068 |

## NOTICE OF DISMISSAL

Plaintiff, Nicholas Maciel ("Plaintiff"), seeks to dismiss the above-referenced adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041.  Plaintiff filed the Complaint on August 12, 2022.  Defendants have not yet filed a responsive pleading in this adversary matter.  Accordingly, Plaintiff seeks dismissal without court order.

Dated: August 26, 2022 /s/ Ashley C. Keller

Ashley C. Keller (admitted *pro hac vice*)
ack@kellerpostman.com
Nicole C. Berg (admitted *pro hac vice*)
ncb@kellerpostman.com
Ashley Barriere (admitted *pro hac vice*)
ashley.barriere@kellerpostman.com
Frank G. Dylewski (admitted *pro hac vice*)
frank.dylewski@kellerpostman.com
Amanda Hunt (admitted *pro hac vice*)
amanda.hunt@kellerpostman.com
**KELLER POSTMAN LLC**
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

*Counsel for Nicholas Maciel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

| | |
|---|---|
| David Agay | dagay@mcdonaldhopkins.com |
| Adam Arceneaux | adam.arceneaux@icemiller.com |
| Laura Elizabeth Baccash | laura.baccash@whitecase.com |
| David Bernick | david.bernick@kirkland.com |
| Kayla D. Britton | kayla.britton@faegredrinker.com; |
| Laura A DuVall | Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov |
| Joshua Gadharf | jgadharf@mcdonaldhopkins.com |
| Emily Geier | emily.geier@kirkland.com |
| Jeffrey A Hokanson | jeff.hokanson@icemiller.com |
| David Horowitz | dhorowitz@kirkland.com |
| Derek Hunter | derek.hunter@kirkland.com |
| Chad Husnick | chusnick@kirkland.com |
| Ashley Jericho | ajericho@mcdonaldhopkins.com |
| Micah Marcus | mmarcus@mcdonaldhopkins.com |
| Mark McKane | mark.mckane@kirland.com |
| Ronald J. Moore | Ronald.Moore@usdoj.gov |
| Brenton Rogers | brogers@kirkland.com |
| Edward Sassower | esassower@kirkland.com |
| Connor Skelly | connor.skelly@icemiller.com |
| Renee Smith | rdsmith@kirkland.com |
| Claire Stephens | claire.stephens@kirkland.com |
| Harrison E. Strauss | harrison.strauss@usdoj.gov |
| McClain Thompson | mcclain.thompson@kirkland.com |
| Anne Gilbert Wallice | anne.wallice@kirkland.com |
| Nick Wasdin | nick.wasdin@kirkland.com |
| Spencer Winters | spencer.winters@kirkland.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

*/s/ Ashley C. Keller*